IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 07–cv–00267–EWN–MEH

WASON RANCH CORPORATION,

    Plaintiff,

v.

HECLA MINING COMPANY, a Delaware corporation,
HOMESTAKE MINING COMPANY OF CALIFORNIA,
a California corporation,
CHEVRON USA, INC., a Pennsylvania corporation, individually, as
parent, and as successor in interest to Chevron Resources Company, a
division of Chevron Industries, Inc.,

    Defendants.

---

**ORDER**

---

    This matter comes before the court on review of the "First Amended Complaint and Jury Demand" (#36) filed on May 21, 2007, by Plaintiff Wason Ranch Corporation. Fed. R. Civ. P. 15(a) requires a party to seek leave of the court to file an amended pleading after a responsive pleading has been filed. In this case, Defendants Hecla Mining Company and Homestake Mining Company of California filed responsive pleadings on April 12, 2007, and Defendant Chevron USA, Inc. filed a responsive pleading on April 13, 2007. Plaintiff did not seek leave of the court to file the amended complaint. Therefore it is

**ORDERED** that the Amended Complaint and Jury Demand (#36) filed May 21, 2007, is STRICKEN for failure to comply with Fed. R. Civ. P. 15(a).

Dated this 22nd day of May, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge