IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  07-cv-00267-EWN-MEH

WASON RANCH CORPORATION,

       Plaintiff,

v.

HECLA MINING COMPANY, a Delaware
corporation,
HOMESTAKE MINING COMPANY OF
CALIFORNIA,
a California corporation,
CHEVRON USA, INC., a Pennsylvania
corporation, individually, as parent, and as
successor in interest to Chevron Resources
Company, a division of Chevron Industries, Inc.,

       Defendants.

---

**ORDER GRANTING PLAINTIFF'S MOTION TO SET ASIDE MAY 22 ORDER
STRIKING FIRST AMENDED COMPLAINT AND JURY DEMAND**

---

       This matter having come before the Court on Plaintiff's Motion to Set Aside May 22

Order Striking First Amended Complaint and Jury Demand ("Motion") and the Court being fully

advised in the premises,

       IT IS HEREBY ORDERED that the Motion is GRANTED and the Court hereby sets

aside the Order of May 22, 2007 and accepts Plaintiff's First Amended Complaint and Jury

Demand (Doc. No. 36) as filed on May 21, 2007.

DATED this 24th day of May, 2007.

**BY THE COURT**


s/ Edward W. Nottingham
United States District Judge