IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00267-EWN-MEH

WASON RANCH CORPORATION,

    Plaintiff,

v.

HECLA MINING COMPANY, a Delaware corporation;
HOMESTAKE MINING COMPANY OF CALIFORNIA, a California corporation; and
CHEVRON USA, INC.; a Pennsylvania corporation, individually, as parent, and as successor in interest to Chevron Resources Company, a division of Chevron Industries, Inc.;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 1, 2007.**

    To further the interests of judicial economy, the parties' Stipulated Motion to Deem Pending Motions to Dismiss as Responsive to Amended Complaint [Filed May 31, 2007; Docket #46] is **granted**.

    It is ORDERED that the Court deems Hecla Mining Company ("Decla"), Homestake Mining Company of California ("Homestake"), and Chevron USA, Inc.'s ("Chevron") respective motions to dismiss [Dock. ##12, 13, 16] as responsive to Plaintiff's Amended Complaint and Jury Demand ("Amended Complaint") [Dock. #36], and, until the motions to dismiss are ruled upon, no further answer or response is required for all claims, including the remaining state claims alleged in the Amended Complaint.

    It is FURTHER ORDERED that Hecla shall file any additional motions to dismiss on the claims arising under Colorado state law alleged against it in the Amended Complaint by June 13, 2007.

    It is FURTHER ORDERED that Hecla, Homestake, and Chevron shall file their replies in support of their respective pending motions to dismiss on or before June 11, 2007.