IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00267-EWN-MEH

WASON RANCH CORPORATION,

    Plaintiff,

v.

HECLA MINING COMPANY, a Delaware corporation;
HOMESTAKE MINING COMPANY OF CALIFORNIA, a California corporation; and
CHEVRON USA, INC.; a Pennsylvania corporation, individually, as parent, and as successor in interest to Chevron Resources Company, a division of Chevron Industries, Inc.;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 15, 2007.**

    The Stipulated Motion Requesting Clarification of the Third-Party Complaint Deadline or, in the alternative, request to Extend Third-Part Complaint Deadline [Filed June 13, 2007; Docket #53] is **granted in part** and **denied in part**. The Scheduling Order sets the deadline for all motion to amend and join parties. Any procedures not requiring leave of court are, therefore, not included in this deadline. Accordingly, the deadline for impleading a third party as of right remains unchanged. The deadline for impleader by motion is June 24, 2007.

    To the extent that the parties request an open-ended deadline for impleader by motion, the request is **denied**. Just as a Rule 15(a) amendment by motion is subject to this deadline, so is a Rule 14 impleader by motion. To extend this deadline, the parties must establish good cause, which they have not done. Further, an extension is unnecessary at this time, because the parties' time frame to implead as of right has not yet expired.