IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 07–cv–00267–EWN–MEH

WASON RANCH CORPORATION,

    Plaintiff,

v.

HECLA MINING COMPANY, a Delaware corporation,
HOMESTAKE MINING COMPANY OF CALIFORNIA,
a California corporation,
CHEVRON USA, INC., a Pennsylvania corporation, individually, as
parent, and as successor in interest to Chevron Resources Company, a
division of Chevron Industries, Inc., and
TY POXSON, an individual,

    Defendants.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation on the Stipulated Motion to Extend Dispositive Motions Deadline" filed May 10, 2007. No party has objected to the recommendation. I have conducted the requisite *de novo* review of the issues, the record, and the recommendation. Based on this review, I have concluded that the recommendation is a correct application of the facts and the law. Accordingly, it is

**ORDERED** as follows:

1. The recommendation is ACCEPTED.

2. The Stipulated Motion to Extend Dispositive Motions Deadline (#21, filed May 3, 2007) is GRANTED in part and DENIED in part. The dispositive motion deadline is extended to June 10, 2008.

DATED this 19th day of June, 2007.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      EDWARD W. NOTTINGHAM
                                      United States District Judge