IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 07-cv-00267-EWN-MEH | Date: January 29, 2008 |
| Courtroom Deputy: Cathy Coomes | **FTR – Courtroom C203** |

| | |
|---|---|
| WASON RANCH COMPANY, | John D. Fognani |
| | Perry L. Glantz |
| Plaintiff, | |
| vs. | |
| HECLA MINING COMPANY, | Scott William Hardt |
| | Jason Bryce Robinson |
| HOMESTAKE MINING COMPANY OF CALIFORNIA, | Henry W. Ipsen |
| | Randall H. Miller |
| CHEVRON USA, INC., and | Andrew L. Strong |
| TY POXSON, | Gail L. Wurtzler |
| Defendants. | |

# COURTROOM MINUTES

**MOTION HEARING**

**Court in session:** 10:13 a.m.

Court calls case. Appearances of counsel.

Argument by Mr. Strong, Mr. Hardt, Mr. Ipsen, Ms. Wurtzler, and Mr. Glantz and discussion with the Court regarding Defendant Hecla Mining Company's Motion to Stay Discovery (Doc. #109, filed 1/18/08).

**ORDERED:** As stated fully on the record, Defendant Hecla Mining Company's Motion to Stay Discovery (Doc. #109, filed 1/18/08) is GRANTED. The Court will issue a separate Order stating the details of the ruling.

**Court in recess:** 11:10 a.m. (Hearing concluded)
**Total time in court:** 0:57